# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**WILLIAM E. HAWKINS**     **PETITIONER**
Reg. #00210-025

**V.**     **2:09CV00112-WRW-JJV**

**T. C. OUTLAW,**     **RESPONDENT**
Warden, FCI - Forrest City

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and the parties' Objections. Based upon the new information submitted in the Objections, I decline to adopt the Proposed Findings and Recommended Disposition and refer the case back to Magistrate Judge Volpe for recommended disposition.

IT IS SO ORDERED this 22nd day of February, 2010.

                            /s/Wm. R. Wilson, Jr.
                          UNITED STATES DISTRICT JUDGE