IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

WILLIAM E. HAWKINS                                                                              PLAINTIFF

v.                                             2:09CV000112-BRW-JJV

T.C. OUTLAW                                                                                     DEFENDANT

## ORDER

Pending is Plaintiff's Motion for Additional Time (Doc. No. 42) to object to the Report and Recommendations by Magistrate Judge Joe J. Volpe (Doc. No. 41). Plaintiff requests 14 additional days to file objections to the Report and Recommendations. Defendant does not object to an extension of time. Plaintiff's Motion for Additional Time is GRANTED.

Accordingly, Plaintiff's objections to the Report and Recommendations are due at 5 p.m. on Thursday, March 17, 2011.

IT IS SO ORDERED this 7th day of March, 2011.

      /s/ Billy Roy Wilson
      UNITED STATES DISTRICT JUDGE