# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**WILLIAM E. HAWKINS**                                                                                          **PETITIONER**
**Reg. #00210-025**

**V.**                                              **2:09CV00112-BRW-JJV**

**T. C. OUTLAW,**                                                                                                **RESPONDENT**
**Warden, FCI-Forrest City**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITHOUT PREJUDICE.

DATED this 20th day of April, 2011.

                                                                          /s/Billy Roy Wilson
                                                                   UNITED STATES DISTRICT JUDGE

1